441 A.2d 797

Commonwealth v. Nelson, Appellant.

Submitted

November 14, 1980. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and JOHNSON, JJ.

Judgment of sentence entered August 12, 1977 is affirmed.